**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**RAYMOND WILLIAMS, JR.**                                                                    **PLAINTIFF**

**VERSUS**                                                        **CIVIL ACTION NO. 1:07cv1034-RHW**

**RICHARD FRANCABANDERA and**
**DERECK BLANKINCHIP**                                                         **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the requirement for a separate document by Federal Rules of Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that this case is DISMISSED with prejudice.

SO ORDERED, this the 24th day of August, 2009.

                                                          /s/ *Robert H. Walker*
                                                          ROBERT H. WALKER
                                                          UNITED STATES MAGISTRATE JUDGE